# UNITED STATES DISTRICT COURT
# DISTRICT COURT OF CONNECTICUT

Tammy Cunningham,

        Plaintiff,

v.

Parkview Advance, LLC

        Defendant.

Case No.: 3:23-cv-00030
Judge Janet C. Hall

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff gives notice that Defendant is voluntarily dismissed *with* prejudice. Defendant has not served an answer or a motion for summary judgment. And the parties have settled this matter. Accordingly, Plaintiff notices voluntary dismissal of Defendant *with* prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

Dated: June 30, 2023

Respectfully Submitted,

/s/ *Chester J. Bukowshi, Jr.*
Chester J. Bukowski, Jr.
Bar No. CT05186
17 Cherry Tree Lane
Avon, CT 06001
Tel: (860) 712-4922
cjbesq100@aim.com